AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Leval, Pierre N. | **2. Court or Organization**<br><br>U.S. Court of Appeals, 2nd Cir | **3. Date of Report**<br><br>07/06/2017 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior Circuit Judge | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2016<br>to<br>12/31/2016 |
| **7. Chambers or Office Address**<br><br>40 Foley Square Rm 1901<br>New York, NY 10007 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Council member - Emeritus | The American Law Institute |
| 2. | Trustee, Executor | Family members |
| 3. | Member - Photography Committee | Museum of Modern Art |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 07/06/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | Jan-Dec. | State St. Cultural Inst. Pension Plan - pension |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | USC Gould School of Law | 02/08 - 02/10/2016 | WSanta Monica, CA | Lecture | Travel/hotel |
| 2. | American Law Institute | 11/09 - 11/10/2016 | Philadelphia, PA | Seminar | Travel/hotel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 07/06/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 07/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Abbot Labs (common stock)(self & spouse) | E | Dividend | O | T | | | | | |
| 2. Abbvie Inc. (common stock) (self/spouse) | E | Dividend | O | T | | | | | |
| 3. Exxon Mobil (common) | D | Dividend | N | T | | | | | |
| 4. MRO | A | Dividend | J | T | | | | | |
| 5. Daimler Chrysler (common) | A | Dividend | J | T | | | | | |
| 6. FMC Money Mkt (self & spouse) (Dreyfus) | A | Interest | K | T | | | | | |
| 7. FMC Select Fund (common) (self & spouse) | D | Dividend | O | T | | | | | |
| 8. FMC Select Fund (common) self (see * in Part VIII) | | | | | Sold (part) | 01/28/16 | J | B | |
| 9. " " | | | | | Sold (part) | 03/28/16 | J | A | |
| 10. " " | | | | | Sold (part) | 04/28/16 | J | B | |
| 11. " " | | | | | Sold (part) | 06/28/16 | J | A | |
| 12. " " | | | | | Sold (part) | 07/28/16 | J | B | |
| 13. " " | | | | | Sold (part) | 09/28/16 | J | A | |
| 14. " " | | | | | Sold (part) | 10/28/16 | J | A | |
| 15. " " | | | | | Sold (part) | 12/28/16 | J | A | |
| 16. " " | | | | | Buy (add'l) | 04/01/16 | J | | |
| 17. " " | | | | | Buy (add'l) | 07/01/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 07/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. " " | | | | | Buy (add'l) | 11/03/16 | J | | |
| 19. " " | | | | | Buy (add'l) | 12/21/16 | L | | |
| 20. " " | | | | | Buy (add'l) | 12/30/16 | J | | |
| 21. FMC Select Fund (common)*(Spouse)(see * in Part VIII) | | | | | Buy (add'l) | 04/01/16 | J | | |
| 22. " " | | | | | Buy (add'l) | 06/28/16 | K | | |
| 23. " " | | | | | Buy (add'l) | 07/01/16 | J | | |
| 24. " " | | | | | Buy (add'l) | 10/03/16 | J | | |
| 25. " " | | | | | Buy (add'l) | 12/21/16 | K | | |
| 26. " " | | | | | Buy (add'l) | 12/30/16 | J | | |
| 27. Lincoln St. Realty (limited partnership) | | None | J | W | | | | | |
| 28. Hershey (common)(s) | C | Dividend | M | T | | | | | |
| 29. Smith Barney Liquid Res Fund (common) (s) | B | Dividend | | | Sold | 06/16/16 | K | | |
| 30. Gen. American Inv. (common) (GAM) (s) | E | Dividend | N | T | | | | | |
| 31. Chase Bank (acccount) (s) | A | Interest | J | T | | | | | |
| 32. Chase Bank (acccount) (self) | | None | N | T | | | | | |
| 33. Citibank account | | None | J | T | | | | | |
| 34. Art Works | | None | L | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Chase bank account (trust) | | None | J | T | | | | | |
| 36. Vanguard GNMA Fixed Income Fund (trust) | B | Interest | L | T | | | | | |
| 37. FHKCX | A | Dividend | K | T | | | | | |
| 38. FEMKX | A | Dividend | J | T | | | | | |
| 39. FUSVX | C | Dividend | M | T | Buy (add'l) | 04/12/16 | M | | |
| 40. FLGEX | A | Dividend | J | T | | | | | |
| 41. HGOCX | B | Dividend | K | T | | | | | |
| 42. IHSAX | B | Dividend | K | T | | | | | |
| 43. HNSCX | | None | J | T | | | | | |
| 44. HIOCX | A | Dividend | J | T | | | | | |
| 45. HCACX | B | Dividend | K | T | | | | | |
| 46. IGNCX | | None | J | T | | | | | |
| 47. VTRIX | A | Dividend | J | T | | | | | |
| 48. FNYXX | A | Interest | K | T | Sold (part) | 04/12/16 | M | | |
| 49. VDIGX | E | Dividend | N | T | | | | | |
| 50. Jacksonville 5.375 8/15/23 | D | Interest | M | T | | | | | |
| 51. Bd. Man. Guadalupe 5.375 8/15/27 | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 07/06/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐　　NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Detroit Mich Water 5.75 7/1/24 | D | Interest | M | T | | | | | |
| 53. Detroit Mich Sewer 5.250 7/1/24 | B | Interest | K | T | | | | | |
| 54. Detroit Water 5.75 7/1/26 | C | Interest | L | T | | | | | |
| 55. Guam Pwr Bond 5.0 10/1/26 | B | Interest | K | T | | | | | |
| 56. Guam Arpt Bond 5.00 10/1/23 | B | Interest | L | T | | | | | |
| 57. Guam Pwr 5.00 10/1/23 | B | Interest | K | T | | | | | |
| 58. Monroe 5.75 bond 8/15/30 | E | Interest | N | T | | | | | |
| 59. Monroe 5.75 bond 2035 8/15/35 | C | Interest | L | T | | | | | |
| 60. E. Rochester 5.00 8/15/27 | C | Interest | L | T | | | | | |
| 61. E. Rochester 5.00 4/20/27 | C | Interest | L | T | | | | | |
| 62. Kentucky 6.0 bond 10/1/19 | C | Interest | K | T | Redeemed (part) | 10/04/16 | J | | |
| 63. Michigan Hosp. bond 5.25 5/15/26 | C | Interest | L | T | Redeemed (part) | 05/16/16 | J | | |
| 64. Mississippi Dev. 6.75 12/1/33 | D | Interest | M | T | | | | | |
| 65. Mississippi Hosp. bond 5.00 8/1/22 | B | Interest | L | T | | | | | |
| 66. NY Dorm 5.1 2/15/26 bond | C | Interest | | | Redeemed (part) | 02/16/16 | J | | |
| 67. NY Dorm 5.1 2/15/26 bond (see * in Part VIII) | | | | | Redeemed | 08/15/16 | J | | |
| 68. NY Dorm 6.50 8/15/30 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 07/06/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  NY Dorm 5.0 8/1/2023 | B | Interest | | | Redeemed | 06/17/16 | K | | |
| 70.  NYS Energy 5.5 bond 1/1/21 NCW | B | Interest | | | Sold (part) | 04/11/16 | J | | |
| 71.  NYS Energy 5.5 bond 8/1/21 (See * in Part VIII) | | | | | Redeemed | 04/25/16 | K | | |
| 72.  NY Dorm 6.25 8/15/34 | C | Interest | L | T | | | | | |
| 73.  NY Dorm 5.0 10/1/26 | B | Interest | L | T | | | | | |
| 74.  NY Dorm 5.0 7/1/24 | B | Interest | K | T | | | | | |
| 75.  NY Dorm 5.0 10/1/30 (See** in Part VIII) | | None | K | T | Buy | 06/21/16 | K | | |
| 76.  NY Dorm 5.0 10/1/28 (See** in Part VIII) | | None | K | T | Buy | 07/11/16 | K | | |
| 77.  Pima 5.0 12/15/36 | C | Interest | L | T | | | | | |
| 78.  PR 5.375 7/1/25 | D | Interest | M | T | | | | | |
| 79.  PR 5.5 7/1/19 | D | Interest | M | T | | | | | |
| 80.  PR HSG 5.125 12/1/27 | C | Interest | L | T | | | | | |
| 81.  Puerto Rico bond 4.95 7/1/26 | C | Interest | M | T | | | | | |
| 82.  Puerto Rico Comm. 5.5 7/1/20 | B | Interest | K | T | | | | | |
| 83.  Puerto Rico Pub Fin 6.00 8/1/26 | E | Interest | K | T | Buy (add'l) | 01/21/16 | K | | |
| 84.  Puerto Rico 5.25 7/1/22 | B | Interest | L | T | Buy | 03/10/16 | K | | |
| 85.  Puerto Rico 5.25 7/1/22 (See* in Part VIII) | | | | | Buy (add'l) | 04/08/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 07/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Virgin I bond 5.0 10/1/28 | B | Interest | K | T | | | | | |
| 87. Virgin I Pub Fin bond 4.0 10/1/22 | C | Interest | L | T | | | | | |
| 88. Virgin I Pub Fin 5.0 10/1/27 | C | Interest | M | T | | | | | |
| 89. Virgin I Pub Fin 5.25 10/1/24 | D | Interest | M | T | | | | | |
| 90. NY Util. Debt 5.0 12/15/32 | A | Interest | K | T | Buy | 08/26/16 | K | | |
| 91. NY Util. Debt 5.0 12/15/36 | B | Interest | K | T | Buy | 04/22/16 | K | | |
| 92. Bd. Man. Guadalupe bond 5.375 8/15/27 - spouse | C | Interest | L | T | | | | | |
| 93. Detroit Sewer 5.75 7/1/31 - spouse | B | Interest | K | T | | | | | |
| 94. Detroit Water 5.75 7/1/25 - spouse | C | Interest | L | T | | | | | |
| 95. Fontana CA 5.0 9/1/16 spouse | B | Interest | | | Redeemed | 09/01/16 | K | | |
| 96. Fresno 5.75 6/1/26 - spouse | B | Interest | K | T | | | | | |
| 97. Guam Arpt. Bond 5.00 10/1/23 (spouse) | B | Interest | L | T | | | | | |
| 98. Guam Pwr Bond 5.00 10/1/23 (Spouse) | B | Interest | K | T | | | | | |
| 99. Monroe Cty 5.75 2035 (spouse) | C | Interest | L | T | | | | | |
| 100. Monroe Bond 5.75 8/15/30 (Spouse) | C | Interest | L | T | | | | | |
| 101. NY Dorm 5.1 2/15/26 bond - spouse | B | Interest | K | T | Redeemed (part) | 02/16/16 | J | | |
| 102. NY Dorm 6.25 8/15/34 spouse | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 07/06/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  NYS Dorm 5.0 10/1/26 - spouse | B | Interest | L | T | | | | | |
| 104.  NYS Dorm 6.5 8/15/30 spouse | B | Interest | K | T | | | | | |
| 105.  NYS Dorm 5.0 7/1/'24 spouse | B | Interest | K | T | | | | | |
| 106.  NYS Urban Bond 5.00 3/15/26 (Spouse) | B | Interest | L | T | | | | | |
| 107.  NY Twy 5.0 1/1/33 (See** in Part VIII) | | None | K | T | Buy | 06/24/16 | K | | |
| 108.  Puerto Rico (spouse) 6.0% 7/1/18 Bond | C | Interest | L | T | | | | | |
| 109.  Puerto Rico (spouse) 4.95% 7/1/26 Bond | C | Interest | L | T | | | | | |
| 110.  Puerto Rico Pub Fin (spouse) 5.125 6/1/24 | B | Interest | L | T | Buy (add'l) | 09/08/16 | K | | |
| 111.  RI Health 5.5 bond - 5/15/16 (spouse) | A | Interest | | | Redeemed | 05/16/16 | K | | |
| 112.  Virgin I 5.0% (spouse) 10/1/28 Bond | B | Interest | K | T | | | | | |
| 113.  Virgin I. 5.0% (spouse) 10/1/30 Bond | C | Interest | L | T | | | | | |
| 114.  New Providence Assoc. LP fund self | | None | | | Sold | 07/15/16 | O | G | |
| 115.  JPMorgan Tax Free Bond VANTX self | A | Interest | K | T | | | | | |
| 116.  VOO | A | Dividend | L | T | Buy | 08/08/16 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 07/06/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

\* This line reports only a transaction. The first line relating to this security reports income in Column B and year's end gross value in Column C.

\*\* This bond was scheduled to pay interest (in range B) during my holding period in 2016. The interest payment due was not received in my account. I am inquiring why.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Pierre N. Leval**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544